No. 133. VULCANIZED RUBBER & PLASTICS CO. *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. *Donald E. Van Koughnet* and *William F. Heefner* for petitioner. *Solicitor General Cox, Assistant Attorney General Loevinger, Richard A. Solomon, Patrick M. Ryan, James McI. Henderson* and *PGad B. Morehouse* for the United States. ■

No. 130. APEX DISTRIBUTING CO., INC., ET AL. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Daniel H. Greenberg* for petitioners. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Marie L. McCann* for the United States. ■

No. 131. TOOMER *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. *Gilbert S. Bachmann* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States. ■

No. 135. MOVIECOLOR, LIMITED, *v.* EASTMAN KODAK CO. ET AL. C. A. 2d Cir. Certiorari denied. *Herman E. Cooper* for petitioner. *Roy W. McDonald* for Eastman Kodak Co., and *Hugh Fulton* for Technicolor, Inc., et al., respondents. ■

No. 136. PUEBLO DE PECOS ET AL. *v.* UNITED STATES. Court of Claims. Certiorari denied. *Arthur T. Hannett* for petitioners. *Solicitor General Cox* and *Roger P. Marquis* for the United States. Reported below: —— Ct. Cl. ——, —— F. 2d ——.

No. 141. WEED ET AL. *v.* EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES. C. A. 5th Cir. Certiorari denied. *Walter Warren* for petitioners. ■